# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2015

Robert P. Young, Jr.,
Chief Justice

149230 & (77)(80)(88)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

JAMES R. HOLTON and NANCY M.
HOLTON,
      Plaintiffs-Appellants/Cross-
      Appellees,

v

SC: 149230
COA: 308454
Oakland CC: 2011-121522-CH

CAROLE L. WARD,
      Defendant-Appellee/Cross-
      Appellant.

_____/

      On order of the Court, the motion to file a response brief is GRANTED. The application for leave to appeal the January 23, 2014 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for sanctions is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2015



d0323

Clerk